```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHINA BEGUM,                                                 :
                                        Plaintiff,           :
                                                             :    21 Civ. 8952 (LGS)
              -against-                                      :
                                                             :            ORDER
BOARD OF IMMIGRATION APPEALS, et al.,                        :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the complaint on November 2, 2021.

WHEREAS, Defendants appeared in this action on March 3, 2022.  It is hereby

**ORDERED** that by **March 11, 2022**, the parties shall file a joint letter proposing a briefing schedule for any dispositive motions they intend to file.  The parties shall also state whether they would like a referral to Judge Lerhburger for a settlement conference or to the Court-annexed mediation program for mediation.

Dated: March 4, 2022
       New York, New York

                                                    *[signature]*
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**